IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| David Swarthout | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Cause No. 3:14-cv-159 |
| | § | |
| Wood Group USA, Inc. and | § | |
| Arena Energy, L.P. | § | |
| | § | |
| Defendants | § | |

**Plaintiff's Original Complaint**

Plaintiff complains of Wood Group USA, Inc. ("Wood Group") and Arena Energy, L.P. and would respectfully show the Court that:

**I.**

**Jurisdiction**

1. Plaintiff's claims against Defendants arise under the Outer Continental Shelf Land Act.

**II.**

**Parties**

2. Plaintiff is a resident of Louisiana.

3. Defendant Wood Group USA, Inc. is a Texas company that may be served through its registered agent, Corporation Service Company d/b/a CSC-Lawyers INCO at 211 E. 7th Street, Suite 620, Austin, Texas 78701.

4. Defendant Arena Energy, L.P. is a Texas company that may be served through its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

**III.**

**Nature of the Action**

5. On or about March 1, 2014, Plaintiff was employed by Quality Construction aboard a production platform owned by Arena Energy. On that date, Wood Group employed the Person in Charge. Plaintiff suffered severe and debilitating injuries when he fell into an open hole. Apparently, Arena and Wood Group had previously attempted to haphazardly fix the open hole. However, Plaintiff fell through the attempted repairs. He suffered injuries to his neck, shoulder, and hands as a result.

6. Defendants are negligent and grossly negligent for the following reasons:

a. failing to train their employees;

b. failing to inspect, maintain, and repair equipment;

c. failing to maintain a safe work environment;

d. failing to provide appropriate medical attention;

e. failure to supervise the crane operations

f. failing to warn Plaintiff of dangers hidden aboard the production platform;

k. other acts deemed negligent and grossly negligent.

7. Plaintiff sustained severe injuries to his body, which resulted in physical pain, mental anguish, and other medical problems. Plaintiff has sustained severe pain, physical impairment, discomfort, mental anguish, and distress. In all reasonable probability,

Plaintiff's physical pain, physical impairment and mental anguish will continue indefinitely. Plaintiff has also suffered a loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff has incurred and will incur pharmaceutical and medical expenses in connection with his injuries.

8. Plaintiff is also entitled to punitive damages because the aforementioned actions of Defendants were grossly negligent. Defendants acted with flagrant and malicious disregard of Plaintiff's health and safety. Defendants were subjectively aware of the extreme risk posed by the conditions which caused Plaintiff's injury, but did nothing to rectify them. Instead, Defendants had Plaintiff and other crew members continue working despite the dangerous conditions that were posed to them. Defendants did so knowing that the conditions posed dangerous and grave safety concerns. Defendants' acts and omissions involved an extreme degree of risk considering the probability and magnitude of potential harm to Plaintiff and others. Defendants had actual, subjective awareness of the risk, and consciously disregarded such risk by allowing Plaintiff to work under such dangerous conditions.

## IV.

## Jury Trial

9. Plaintiff hereby requests a trial by jury on all claims and submits his jury fee herewith.

## V.

## Prayer

Plaintiff prays that this citation issue and be served upon Defendants in a form and manner prescribed by law, requiring that the Defendants appear and answer, and that upon

final hearing, Plaintiff has judgment against Defendants in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, and all such other and further relief, to which Plaintiff show himself justly entitled including but not limited to:

a. Past and future medical care;

b. Past and future pain and suffering and mental anguish;

c. Past and future impairment;

d. Past and future disfigurement;

e. Pre and post judgment interest;

f. Cost of court;

g. Exemplary damages; and

h. Past and future loss of earning capacity.

Respectfully submitted,

ARNOLD & ITKIN LLP

*/s/ Kurt B. Arnold*

Kurt B. Arnold
Texas State Bar No. 24036150
karnold@arnolditkin.com
J. Kyle Findley
Texas State Bar No. 24076382
kfindley@arnolditkin.com
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

**ATTORNEYS FOR PLAINTIFF**