UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID SWARTHOUT, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:14-CV-159 |
| | § | |
| WOOD GROUP USA, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Pursuant to the jury verdict finding none of the Defendants at fault (Docket Entry No. 147), the Plaintiff, David Swarthout, shall take nothing in his suit against the Defendants, Arena Offshore, LP; Arena Energy, LP; and Wood Group USA, Inc.

This is a final judgment.

SIGNED this 24th day of August, 2015.

Gregg Costa
United States Circuit Judge*

* Sitting by designation.